```
 1
 2
 3
 4                                        JS-6
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  PABLO RODRIGUEZ, et al.,)   Case No. EDCV 12-00030 VAP
                             )   (OPx)
12            Plaintiffs,   )
                             )   JUDGMENT
13       v.                  )
                             )
14  BANK OF AMERICA, N.A.,  )
    et al.,                  )
15                           )
              Defendants.    )
16  _____ )
17
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 1, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge